*In re* ENMIENDA A LA REGLA 12 DEL REGLAMENTO NOTARIAL DE PUERTO RICO.

*Número:* ER-2003-1          *Resuelto:* 17 de enero de 2003

## RESOLUCIÓN

*POR CUANTO*: En conformidad con las disposiciones del Art. 61 de la Ley Núm. 75 de 2 de julio de 1987, conocida como la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2101, este Tribunal adoptó y puso en vigor el Reglamento Notarial de 1ro de agosto de 1995 (4 L.P.R.A. Ap. XXIV), para regular el ejercicio del notariado.

*POR CUANTO*: Las situaciones de incompatibilidad que pudieran existir entre el abogado-notario empleado en el servicio público y la práctica notarial están controladas por impedimentos definidos en ley y por las prohibiciones particulares que los propios organismos públicos establecen y notifican a la Directora de la Oficina de Inspección de Notarías de este Tribunal (Art. 4 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2004).

*POR CUANTO*: Entendemos que el establecimiento por parte de los organismos públicos de unos parámetros claros sobre la práctica privada de la notaría, por sus abogados-notarios, o la prohibición tajante de ésta, conllevan ajustes en los informes que por ley y reglamento deben rendir los notarios a la Oficina de Inspección de Notarías.

*POR CUANTO*: Para facilitar la misión de la Oficina de Inspección de Notarías en el proceso de detectar a tiempo cualquier incompatibilidad en el ejercicio del notariado por el abogado-notario empleado de un organismo público es necesario que el Registro de Prohibiciones que lleva esta Oficina (Regla 6 del Reglamento Notarial de 1995, *supra*) incluya el nombre de los notarios conjuntamente con el de los organismos gubernamentales para los cuales trabajan, y que, además, estén debidamente diferenciados los instrumentos autorizados para el organismo público de los autorizados en el ejercicio privado cuando la Agencia le haya autorizado.

*POR TANTO*: Este Tribunal, en el ejercicio de su facultad para regular el notariado y de complementar las disposiciones de la Ley Notarial de Puerto Rico, por la presente enmienda el primer párrafo y añade un segundo párrafo a la Regla 12 del Reglamento Notarial de 1995, *supra*, para que lea, en lo pertinente, como sigue:

*Regla 12. Índice mensual sobre actividad notarial*
El índice mensual sobre actividad notarial debe contener el número de notario, la dirección física y el teléfono de la oficina notarial. *Cuando el notario sea empleado público, también contendrá el nombre y dirección del organismo público donde trabaja.*
*En los casos en que el organismo público permita la práctica privada fuera de horas laborables, el notario preparará dos Índices, uno para las escrituras y testimonios autorizados para la Agencia, y otro para aquellos autorizados en la práctica privada que la Agencia le permitió.*

Esta resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*